■ In the Matter of MAUREEN BOSCO, Acting Executive Director of Central New York Psychiatric Center, Respondent, for an Order Authorizing the Involuntary Treatment of MICHAEL C., a Patient at Central New York Psychiatric Center, Appellant. [951 NYS2d 419]—Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered June 2, 2011. The order, among other things, determined that respondent lacked the capacity to make a reasoned decision concerning his own treatment and adjudged that certain medication may be administered to respondent over his objection.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 16, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.